Certificate Number: 05781-TXN-DE-041209854

Bankruptcy Case Number: 26-60044



05781-TXN-DE-041209854

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 1:29 o'clock PM PDT, Leticia Ibarra completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   July 15, 2026                      By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President